RECEIVED

OCT - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDREW SIMMONS | CIVIL ACTION NO. 15-82 |
| VERSUS | JUDGE DOHERTY |
| STAR ENTERPRISES, INC. OF MORGAN CITY, ET AL. | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Currently pending before the Court is a "Motion to Strike Jury Trial Requests" [Doc. 37], filed by defendants MISS KARLEY, INC. and HEATHER LYNN, INC. Pursuant to the motion, movants ask this Court to strike the requests for jury trial, and re-designate this matter as a bench trial.[1] [Doc. 37-1, p. 5] The motion is unopposed. [Doc. 38, Doc. 39, *see also* LR 7.5]

The motion to strike [Doc. 37], appearing to be well-founded in law and fact and being unopposed, is hereby GRANTED. Accordingly, this matter will be tried to the BENCH.

THUS DONE AND SIGNED in Lafayette, Louisiana this _____ day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] Requests for jury trial were made by the following defendants: Star Enterprises, Inc. of Morgan City, MISS KARLEY, INC., and HEATHER LYNN, INC. [Doc. 6, Doc. 9] Plaintiff has not requested a jury trial in this matter. [Doc. 1]